UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

THE INDEPENDENCE PROJECT, INC., a New :
Jersey Non Profit Corporation,                             :
                                                                              :
        Plaintiffs,                                               :
vs.                                                                          :   Case No.:
                                                                              :   2:18-cv-03846-CFK
ODYSSEY FOODS OF PENNSYLVANIA, LLC, :
a Pennsylvania Limited Liability Company;        :
                                                                              :
        Defendant(s).                                         :
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff, THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, by and through undersigned counsel, and herein files this Notice of Voluntary Dismissal without Prejudice against the Defendant, Odyssey Foods of Pennsylvania, LLC, a Pennsylvania Limited Liability Company.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of April, 2019, the Notice of Voluntary Dismissal has been electronically filed with the Court via the CM/ECF system, and hereby served via Regular US Mail to Defendant: Odyssey Foods of Pennsylvania, LLC, 2359 W. Oregon Avenue, Philadelphia, PA 19145.

_[signature]_

| | |
|---|---|
| John P. Fuller, Esquire, *pro hac vice* | David S. Dessen, Esquire, PA Bar No. 17627 |
| FULLER, FULLER & ASSOCIATES, P.A. | DESSEN, MOSES & ROSSITTO |
| 12000 Biscayne Blvd., Suite 609 | 600 Easton Rd. |
| North Miami, FL 33181 | Willow Grove, PA 19090 |
| Telephone: (305) 891-5199 | Telephone: (215) 658-1400 |
| Facsimile: (305) 893-9505 | Facsimile: (215) 658-2879 |
| Email: jpf@fullerfuller.com | Email: ddessen@dms-lawyer.com |
| *Counsel for Plaintiff* | *Co-Counsel for Plaintiff* |